IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08CV431-FDW-DCK

HOME DESIGN SERVICES, INC.,

     *Plaintiff,*

v.

PERSIS-NOVA CONSTRUCTION, INC.,
et al.,

     *Defendant.*

**ORDER TO ADMIT PRO HAC VICE**

Upon motion and for good cause shown, pursuant to Local Rule 83.1(b), it is ordered that attorney Jon Douglas Parrish is hereby admitted *pro hac vice* for the purpose of representing Plaintiff Home Design Services, Inc. in the above-captioned action. Attorney Jason M. Sneed, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: September 19, 2008

David C. Keesler
United States Magistrate Judge