IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08CV431-FDW-DCK

| | |
|---|---|
| HOME DESIGN SERVICES, INC., *Plaintiff,* v. PERSIS-NOVA CONSTRUCTION, INC., et al., *Defendant.* | **ORDER TO ADMIT PRO HAC VICE** |

Upon motion and for good cause shown, pursuant to Local Rule 83.1(b), it is ordered that attorney Kirt R. Posthuma with the firm of Parrish, Lawhon & Yarnell, P.A. is hereby admitted *pro hac vice* for the purpose of representing Plaintiff Home Design Services, Inc. in the above-captioned action. Attorney Jason M. Sneed, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: September 22, 2008

David C. Keesler
United States Magistrate Judge